**FILED**
September 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JW
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA HERNANDEZ,** | § | |
| | § | |
| **v.** | § | **NO. 3:25-CV-00416-DCG-LE** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | |

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This Report and Recommendation is before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) -(C), Fed. R. Civ. P. 72(b), and Appendix C of the Local Rules of the United States District Court for the Western District of Texas (Local Rules for the Assignment of Duties to United States Magistrate Judges). Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Remand ("Motion") (ECF No. 10) filed on August 31, 2026. For the reasons below, the Court **RECOMMENDS** that Defendant's Motion be **GRANTED**.

In his Unopposed Motion, Defendant seeks a judgment reversing the decision of the Commissioner of Social Security pursuant to 42 USC § 405(g). This section of the Social Security Act gives the Court the power to enter, upon the pleadings and transcript of record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing. 42 USC § 405(g).

For this reason, the Court hereby **RECOMMENDS** the Motion be **GRANTED**, the Administrative Law Judge's decision be **REVERSED** (with a judgment being **ENTERED** reversing the decision), and finally that the case be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Section 205 Sentence Four of the Social Security Act, which is codified at 42 USC § 405(g).

**So RECOMMENDED and SIGNED this 23rd day of September 2026.**

______________________________

**LAURA ENRIQUEZ**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THE FOREGOING REPORT, WITHIN FOURTEEN DAYS OF SERVICE OF SAME, MAY BAR DE NOVO DETERMINATION BY THE DISTRICT JUDGE OF AN ISSUE COVERED HEREIN AND SHALL BAR APPELLATE REVIEW, EXCEPT UPON GROUNDS OF PLAIN ERROR, OF ANY UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS AS MAY BE ACCEPTED OR ADOPTED BY THE DISTRICT COURT.**