**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA HERNANDEZ,** | § | |
| | § | |
| ***Plaintiff/Petitioner*,** | § | |
| **v.** | § | |
| | § | **EP-25-CV-00416-DCG-LE** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | § | |
| | § | |
| | § | |
| ***Defendant/Respondent*.** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

U.S. Magistrate Judge Laura Enriquez has issued a Report and Recommendation ("R. & R.") advising the Court to grant the Commissioner of the Social Security Administration's "Unopposed Motion for Entry of Judgment With Remand."[1] Neither party objected to the R. & R. by the applicable deadline,[2] so the Court's review is limited to determining whether the R. & R. is clearly erroneous or contrary to law.[3] The R. & R. is neither of those things, so the Court will accept it.

[1] R. & R., ECF No. 11; *see also* Unopposed Mot., ECF No. 10.

[2] *Compare* 28 U.S.C. § 636(b)(1) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."), *with* R. & R. at 2 (dated September 23, 2026).

[3] *See, e.g.*, *Tamayo v. Galindo*, No. 5:08-cv-00392, 2008 WL 11333884, at *1 (W.D. Tex. Aug. 29, 2008).

Accordingly, the Court **ACCEPTS** the "Report and Recommendation of United States Magistrate Judge" (ECF No. 11) **IN FULL**.

The Court thereby **GRANTS** the Commissioner's "Unopposed Motion for Entry of Judgment With Remand" (ECF No. 10).

The Court respectfully **REVERSES** the Administrative Law Judge's decision and **REMANDS** this matter to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

As Federal Rule of Civil Procedure 58 and Supreme Court precedent require,[4] the Court will separately issue a final judgment closing the above-captioned proceeding.

**So ORDERED and SIGNED this 15th day of October 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[4] *See* FED. R. CIV. P. 58(a) ("Every judgment . . . must be set out in a separate document . . . ."); *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).